# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 23-5274                                        September Term, 2023

1:22-cv-03453-DLF

**Filed On:** April 8, 2024

Tatyana Evgenievna Drevaleva,

      Appellant

    v.

Denis McDonough, in his official capacity as
Secretary of the U.S. Department of Veterans
Affairs, et al.,

      Appellees

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Millett, Pillard, and Wilkins, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by appellant.  See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).  Upon consideration of the foregoing, the motion to appoint counsel, and the motion to permit pro se electronic filing status, it is

**ORDERED** that the motion to appoint counsel be denied.  In civil cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits.  It is

**FURTHER ORDERED AND ADJUDGED** that the district court's September 13, 2023 order be affirmed.  Appellant's notice of appeal is timely only as to the district court's post-judgment order denying leave to file, see Fed. R. App. P. 4(a)(1)(B), and appellant has not shown that the district court abused its discretion by denying her leave to file documents concerning a motion for a preliminary injunction in a closed case, see Berry v. District of Columbia, 833 F.3d 1031, 1037 n.24 (D.C. Cir. 1987).  It is

**FURTHER ORDERED** that the motion to permit pro se electronic filing status be dismissed as moot.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5274**                                    **September Term, 2023**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
Daniel J. Reidy
Deputy Clerk